Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., | CASE NO. CV 09-02944 LKK KJN |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS IAN PARK BAXTER and ANDREW WYLIE, individually and d/b/a STREETS OF LONDON PUB AND ORDER |
| vs. | |
| Ian Park Baxter, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants IAN PARK BAXTER and ANDREW WYLIE, individually and d/b/a STREETS OF LONDON PUB, that the above-entitled action is hereby dismissed **with prejudice** against IAN PARK BAXTER and ANDREW WYLIE, individually and d/b/a STREETS OF LONDON PUB.

///

///

///

///

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: August 30, 2010                  *s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        JOE HAND PROMOTIONS, INC.


Dated: September 15, 2010               *s/ Michael A. Shaps*
                                        **DOWNEY BRAND, LLP**
                                        By: Michael A. Shaps
                                        Attorneys for Defendants IAN PARK BAXTER and
                                        ANDREW WYLIE, individually and d/b/a
                                        STREETS OF LONDON PUB

**IT IS SO ORDERED**:

Dated:  October 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 30, 2010, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS IAN PARK BAXTER and ANDREW WYLIE, individually and d/b/a STREETS OF LONDON PUB**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. William R. Warne, Esquire   (Attorneys for Defendants)
DOWNEY BRAND, LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 30, 2010 at South Pasadena, California.

Dated: August 30, 2010                               *s/ Inesa Mamidjanyan*
                                                     INESA MAMIDJANYAN

**STIPULATION OF DISMISSAL**
**CV 09-02944 LKK KJN**
**PAGE 3**